**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TERESA CAMPAGNA, individually and on
behalf of all others similarly situated,

               Plaintiff,

     - against -                            **JUDGMENT**
                                             CV 18-6039 (SJF)(ARL)

CLIENT SERVICES, INC.,

               Defendant.
-------------------------------------------------------------------X

      A Memorandum and Order of the Honorable Sandra J. Feuerstein, United States District Judge, having been filed on December 3, 2019, denying Plaintiff's Summary Judgment Motion, denying as moot Plaintiff's motion seeking class certification, and directing the Clerk of the Court to enter judgment in Defendant's favor and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Teresa Campagna take nothing of Defendant Client Services, Inc.; that Plaintiff's Summary Judgment Motion is denied; that Plaintiff's motion seeking class certification is denied as moot; and that this case is closed.

Dated: December 4, 2019
        Central Islip, New York

                                                           DOUGLAS C. PALMER
                                                            CLERK OF THE COURT

                                            BY:    /S/ JAMES J. TORITTO
                                                                 DEPUTY CLERK